872 A.2d 823

**In the Matter of Leighton COHEN.**

**No. 1008 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 15, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of April, 2005, the Joint Petition to Temporarily Suspend an Attorney is granted and, pursuant

to Rule 214, Pa.R.D.E., Leighton Cohen is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.